08cv54
Judge GOTTSCHALL
Mag. Judge SCHENKIER

**FILED**
JAN 3 2008
JAN X 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A DISTRICT ... THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cannie Shaw Jr. d/b/a Fx's Trucking Inc
(Please print)

STREET ADDRESS: 1400 S. Western Ave

CITY/STATE/ZIP: Chicago FL, 60608

PHONE NUMBER: 312-243-4638

CASE NUMBER: _____

Signature: [signed] Cannie Shaw Jr.

Date: 12-24-07