UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Cannie Shaw d/b/a Tex's Trucking, et. al,
    PLAINTIFF,

v.

City of Chicago, Tom Kness, et. al,
    RESPONDENT(s).

N

08cv54
Judge GOTTSCHALL
Mag. Judge SCHENKIER

FILED
JAN X 3 2008
MICHAEL W. ...
CLERK, U.S. DISTRICT COURT



AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

CANNIE SHAW, d/b/a TEX'S TRUCKING, et al.,
    Plaintiff (s),

v.

CITY OF CHICAGO, TOM KNESS, et al.
    Respondent (s).

) #07 CH 26147
)
) Judge Leroy K. Martin
)
)
)

### MOTION TO CONSOLIDATE

COMES NOW, CANNIE SHAW d/b/a TEX'S TRUCKING, INC., Plaintiff hereof, in the concurrent captioned Courts above, and moves both Courts to consolidate this case with the hereafter listed cases, with severability and individuality of facts, argument and judgment, into one case before a single judge, for expediency and conservation of docket space, further moves both Courts not to consider these individual cases a class action and expressly requests these separate cases, if consolidated, not be determined a single class or class action.

In support of this motion to consolidate, Shaw states the following;

1. Shaw is Pro Se and not a licensed attorney.

2. This motion to consolidate is filed with the Circuit Court of Cook County, Illinois Ex Post Facto.

3. Both Courts should grant a Pro Se' litigant, not a licensed, attorney an opportunity to amend or correct any technical errors before dismissing any Pro Se litigation.

4. This Pro Se has committed no technical errors to warrant dismissal.

5. Respondents, the City of Chicago, et al; have entered a plea of "No Contest" in a motion for summary judgment.

6. This Plaintiff has agreed to the summary judgment.

7. Respondents included arguments that deny the supremacy clause of the U.S Constitution and said filing is alleged to be unlawful and may be a violation of both Courts' lawyers' code of ethics.

8. Is it permissible for either Court to approve or grant an unlawful filing, and/or assist any attorney to violate a code of ethics?

9. Only a licensed attorney may file and litigate a class action, and this Plaintiff requests both Courts to determine this litigation is not a class action case, but to consolidate before a single judge with severability of judgment.

10. This Plaintiff has corrected all errors and mistakes, if any, by attachment, inclusion, combination and/or notice with his answer filed, 12/24/07, in compliance with the Cook County, Illinois court order of 12/3/07.
Wherefore Shaw pleads the following;

11. Both Courts consolidate the following list of Pro Se cases before one judge, with severability of judgment and facts;

    A. UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS
Cannie Shaw d/b/a Tex's Trucking, et. al.,  |
    PLAINTIFF,  | No. _08CV51_____
AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CANNIE SHAW, d/b/a TEX'S TRUCKING, et al.,    ) #07 CH 26147

    B. UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS
Jaime Hernandez d/b/a Aztec Trucking, Inc., et. al, |
    PLAINTIFF,  | No. _08CV52_____
AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAIME HERNANDEZ, d/b/a AZTEC TRUCKING INC., et al.,   ) #07 CH 26147

    C. UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS
Clemon Lacy d/b/a Lacy Enterprises, et. al,  |
    PLAINTIFF,  | No. _08CV53_____
AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CLEMON LACY d/b/a LACY ENTERPRISES, et al.,       ) #07 CH 26147

    D. UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF ILLINOIS, CHICAILLINOIS
John Howell d/b/a Howell Trucking, Ltd., et. al,  |
    PLAINTIFF,  | No. _08CV54_____
AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JOHN HOWELL d/b/a HOWELL TRUCKING, LTD., et al.,   ) #07 CH 26147

PLAINTIFF,
E. **UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS**
James Williams d/b/a J & W Auto Parts and Sales et. al, |  08cv54
     PLAINTIFF,           | No. _____
**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
 IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAMES WILLIAMS, d/b/a J & W AUTO PARTS & SALES et. al     ) #07 CH 26147

12. Pleads and prays Judge Martin grants this consolidation motion with severability of judgment after the fact (ex post facto.)
  A. Plaintiff agrees to pay from judgment, or by installment, any Court costs and filing fees Judge Martin determines is owed by this Plaintiff, to the Circuit Court of Cook County, Illinois.

13. For such other relief both Courts may deem lawful and equitable.

Affiant not sayeth further.
                    Sworn and certified to be true,


                    _____
                    Cannie Shaw d/b/a Tex's Trucking, Inc.




Pro Se Plaintiff Cannie Shaw d/b/a Tex's Trucking, Inc.
1400 S. Western Ave
Chicago, IL 60608
(312) 243-4638