## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:    08 C 0054

CANNIE SHAW d/b/a TEX'S TRUCKING, INC. et al., Plaintiffs, v.
CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR
RICHARD M. DALEY, Defendants

Judge: Joan B. Gottschall

Magistrate Judge: Sidney I. Schenkier

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and
MAYOR RICHARD M. DALEY

| |
|---|
| NAME (Type or print)<br>John F. Schomberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John F. Schomberg |
| FIRM<br>City of Chicago Dept. of Law |
| STREET ADDRESS<br>30 North La Salle Street, Suite 1230 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270573 | TELEPHONE NUMBER<br>312-742-5147 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I, John F. Schomberg, an attorney, hereby certify that on this day, the 1st day of February 2008, I caused a copy of the foregoing **Appearance of John F. Schomberg on Behalf of Defendants City of Chicago, Tom Kness, Paul Volpe, and Mayor Richard M. Daley** to be served by next business day delivery on:

Cannie Shaw
1400 S. Western Ave
Chicago, IL 60608-1802


s/ John F. Schomberg