# EXHIBIT A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jaime Hernandez d/b/a Aztec Trucking Inc;
Peter Nelson d/b/a Nelson Trucking; Robert
Sanderson d/b/a Sanderson Trucking; Connie
Shaw d/b/a Tex's Trucking, Inc; James William
Hb a J+ Wauto Parts Sales, Inc;
John Howell d/b/a Howell Trucking, Limited;
Clemon Lacy d/b/a Lacy Enterprises

**Plaintiff(s)**

v.

City of Chicago, Tom Kress, Paul Volpe
(fmr Hired Truck Program Director), fmr. Budget Director (CM)
Mayor Richard M. Daley.

**Defendant(s)**

No. **07CH26147**

Contract 6158, 6200, 6205; 6801; 6157
6286

Amount Claimed $ 40,000,000

Return Date

## COMPLAINT

**The Plaintiff(s) claim(s) as follows:** We were participants in the City of Chicago's Hired Truck Program when the City of Chicago broke our contracts by firing us and ending the program. The city claimed that they could save millions by ending the Hired Truck Program and lease tractors and trailers from companies such as Will Rent and S.E.S. A meeting with officials from the Hired Truck Program was held, in which we proposed several ideas to them; that if they kept us in, that it would be at a savings to Taxpayers, instead of their idea of leasing the equipment, which does not save because the city is paying them twice as much. Some of the ideas that we proposed were: To become union; a small rate increase of $5.00 to offset the high cost of liability insurance ($2 million); and faster payment for work that had already been completed. (On one occasion we waited one year for payment). Everything that we asked for was not unreasonable, despite working since 1999 for the same rates, we were turned down. The city required us to recertify and to pay a $250 recertification fee, (it was not time to recertify yet) The city also required GPS on our trucks on a mandatory recertification of our equipment. Keeping drivers was virtually impossible as the city played around with our money and also with the work they gave us, some companies that were in the program were in so much debt that some went bankrupt. Inspectors were sent to our business, our trucks were followed, we were discriminated by the city of Chicago with grounds that at the time the city fired us, there were mostly minority companies left. This all had to do with clout and corruption, those who have clout and participate in corruption are still working for the city of Chicago in one form or another.

I, **Jaime Hernandez**, certify that I am the
    (Name)

plaintiff in the above entitled action. The allegations in this complaint are true.

_____
(Name of Attorney if applicable)

Atty. No.: **Pro Se 99500**   Pro Se  99500

Atty. (or Pro Se Plaintiff)

Name: **Jaime Hernandez**

Address: **318 Saginaw**

City/State/Zip: **Calumet City IL 60409**

Telephone: **(312) 215-5990**

Dated: _____, _____

_____
Signature

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT B

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Chancery DIVISION

(Name all parties)
Jaime Hernandez d/b/a Aztec Trucking Inc; Peter Nelson d/b/a Nelson Trucking; Robert Sanderson d/b/a Sanderson Trucking; Connie Shaw d/b/a Texis Trucking, Inc; James Williams d/b/a J. Want o Parts and Sales; John Howell d/b/a Howell Trucking Limited, Clemon Lacy d/b/a Lacy Enterprises
v.
City of Chicago

No. 07CH26147

RECEIVED CITY CLERK'S OFFICE 2007 SEP 26 AM 9:24

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: Pro Se 99500
Name: Jaime Hernandez
Atty. for: _____
Address: 878 Saginaw
City/State/Zip: Calumet City, IL 60409
Telephone: (312) 215-5990

WITNESS, SEP 19 2007

DOROTHY BROWN
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**ORIGINAL - COURT FILE**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

Jaime Hernandez d/b/a Aztec Trucking Inc; Peter Nelson d/b/a Nelson Trucking; Robert Sanderson d/b/a Sanderson Trucking; Connie Shaw d/b/a Texis Trucking, Inc; James Williams d/b/a Jswant's Parts and Sales; John Howell d/b/a Howell Trucking Limited

v.

Mayor Richard M. Daley

No. **07CH26147**

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

- ☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- ☐ District 4 - Maywood
  1500 Maybrook Ave.
  Maywood, IL 60153
- ☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
- ☐ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60426
- ☐ Child Support
  28 North Clark St., Room 200
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: Pro Se
Name: Jaime Hernandez
Atty. for: _____
Address: 318 Saginaw
City/State/Zip: Calumet City IL 60409
Telephone: (312) 215-5990

WITNESS, SEP 19 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, Chancery DIVISION

(Name all parties) Jaime Hernandez d/b/a Aztec Trucking Inc; Peter Nelson d/b/a Nelson Trucking; Robert Sanderson d/b/a Sanderson Trucking; Connie Shaw d/b/a Texis Trucking, Inc; James Williams d/b/a T.W. auto Parts and Sales; John Howell d/b/a Howell Trucking Limited, Clemon Lacy d/b/a Lacy Enterprises
v.
Paul Volpe, Fmr Budget Director - City of Chicago

No. 07CH26147

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: Pro Se 99500
Name: Jaime Hernandez
Atty. for: _____
Address: 318 Saginaw
City/State/Zip: Calumet City, IL 60409
Telephone: (312) 215-5998
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____

SEP 19 2007
DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | CCG N001-75M-2/28/05 (43480658) |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Chancery DIVISION

(Name all parties)

Jaime Hernandez d/b/a Aztec Trucking Inc; Peter Nelson d/b/a Nelson Trucking; Robert Sanderson d/b/a Sanderson Trucking; Connie Shaw d/b/a Tex's Trucking; James Williams d/b/a Jim Auto Parts and Sales; John Howell d/b/a Howell Trucking, Limited; Clemon Lacy d/b/a Lacy, so on so on's

1. Tom Kness, Fmr Director of Hired Truck Program - City of Chicago
City Hall - Office of Budget Mgt.
121 N. LaSalle
Chicago, IL 60602

No. 07CH — 26147

000121-1.1.1 09/19/07 11:41
REF CASE    # 07CH026147
1 CHANCERY         50.00
1 MILEAGE          10.00
REF SHERIFF # 036499
CASE TOTAL         60.00 *

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: Pro Se 99500
Name: Jaime Hernandez
Atty. for: _____
Address: 318 Saginaw
City/State/Zip: Calumet City, IL 60409
Telephone: (312) 215-5990
Service by Facsimile Transmission will be accepted at: _____
              (Area Code)   (Facsimile Telephone Number)

WITNESS, _____

SEP 19 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Cannie Shaw d/b/a Tex's Trucking, et. al,  
    PLAINTIFF,

No. **08C 0054**

v.

JUDGE **GOTTSCHALL**

City of Chicago, Tom Kness, et. al,  
    RESPONDENT(s).

MAGISTRATE **MAGISTRATE JUDGE SCHENKIER**

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

CANNIE SHAW, d/b/a TEX'S TRUCKING, et al.,     )  #07 CH 26147
    Plaintiff (s),                                 )
      v.                                        )  Judge Leroy K. Martin
CITY OF CHICAGO, TOM KNESS, et al.              )
    Respondent (s).                               )

RECEIVED JAN 03 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## REMOVAL MOTION WITH REQUESTED ORDER

COMES NOW, CANNIE SHAW d/b/a TEX'S TRUCKING, INC., Pro Se Petitioner, in the above captioned matter in the Circuit Court of Cook County, Illinois, Chicago, Illinois, the Court of Initial Jurisdiction, and in the United States District Court for Northern District of Illinois, Eastern Division, Chicago, Illinois, The Court of Original Jurisdiction, wherein this Plaintiff is also proceeding Pro Se, and invokes the concurrent and reciprocal jurisdictional statutes and rules of both Courts rules on this Plaintiff's **"Answer to Respondent's Motion to Dismiss with Supporting Affidavit Incorporated"** pursuant to both Courts' laws, rules, regulations and case law precedents, as plead, argued and stated therein, and as herewith combined, incorporated and attached hereto, as part of this instant removal motion; and that, this Plaintiff moves the U.S District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, the higher Court, to effectuate removal of this matter on the day, at the moment, and instantur, when the lower Court enters judgment of this matter pursuant to both Federal law and Illinois law; and further, Petitioner Shaw moves the higher Court to determine, adjudge, and ratify and affirm the lower Court's order upon a finding the lower Court's ruling is in accord with Federal law rule and regulation; or not; and herewith incorporates into this instant motion, as an affidavit in support, the following statements;

In support of this motion affiant and Plaintiff states;

1. On 12/3/07, the lower Court entered a briefing schedule order requiring this Plaintiff to answer the Respondent(s) "Motion to Dismiss" on or before 12/24/07.

2. In said order of 12/3/07, the lower court impartially, correctly and in accord with all judicial canons, acknowledged and impartially advised all parties, of all parties right, with the Courts authority, to invoke and incorporate concurrent reciprocal jurisdictional statues, by requiring

1

Respondents to include all Federal and Non-Illinois cases in their response to this Plaintiff's answer. (Order #4 of the referenced order.)

3. The lower Court, in the referenced order, required this Plaintiff to file answer on/or before 12/24/07. (#2 In the Order of 12/3/07.)
    A. By reference, attachment, combination, inclusion and notice, this Plaintiff has acted in all good faith compliance with the lower Courts order of 12/3/07.
    B. If Respondents and/or Respondents attorneys claim this removal motion, or any filed attachments are supplemental briefs, Plaintiff references #4 of the 12/3/07 Order.

4. Respondents have filed a constructive plea of No Contest, that by law and rule of law, both Courts must accept.

5. Plaintiff moves both Courts to limit Respondents response, due in the Circuit Court of Cook County, Illinois, that justify and authorize, by statute, rule of law, regulation and case law precedent, both Courts not being required to accept Respondents' plea of No Contest.
    A. Illinois and Federal law that permits the arguing law and facts in a dismissal motion.
    B. Law and case law precedent that permits and authorizes the Respondents denial of the supremacy clause of all Federal law, and the United States Constitution.
    C. After Respondents have insistently used "Ignorance of the law" as a defense, as to rule of law and/or case law precedent permits, allows or authorizes both Courts not accepting a plea of No Contest.
i. Any denial or claims by Respondents of not understanding the impartial order of the Circuit Court, 12/3/07, is face value and supporting evidence of Respondents' insistent entry of an ignorance of the law defense.

6. At hearing January 11, 2008 at 9:30 am, Judge Leroy K. Martin, Jr., by law and order of his Court may enter judgment against all Defendants.
    A. By law and rule of law, he may defer judgment and/or enter judgment on February 10, 2008, or as the Court calendar may allow.
    B. This **Removal Motion** should become effective thereon and/or thereat.

7. Plaintiff moves the United States District Court to effectuate removal of these matters thereat and/or thereon, instantur.
    A. By construction of both Courts rules and regulations and law, the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, should rule on these matters within 30-60 days of the Circuit Court's final order, pursuant to concurrent reciprocal jurisdiction statutes, Illinois law and Federal law.
    B. It is lawful and authorized for the higher Court to assign this matter to a magistrate judge, that Respondents by action and rule of law have agreed to; and Plaintiff herewith agrees to.

8. Plaintiff moves both Courts to consider all federal laws but not limited to; the Constitution of the United States of America, 1st Amendment, 14th Amendment, the Supremacy Clause, Contract Clause; "The De-Regulation Act of 1995" including "Transportation Tariff of 1995" in perpetuity; The Uniform Commercial Drivers License Act of 1986; "Corpus Juris Secondum" all case law precedent regarding "bad faith non-compliance and bad faith special additional billing"; the Anti-Governmental Waste, Fraud, Abuse, and Whistleblowers Protection Act; the Rico Act, civil provisions only; the Civil Rights Act of 1964, "the Anti-Nuremburg Trials Defense Act" as

2

referenced and attached thereto; the Inspector General's Act of 1978; the Federal rules of Civil Procedure.

9. Plaintiff moves both Courts to consider all Illinois laws but not limited to the Constitution of the State of Illinois; Illinois Revised Statutes as abridged in ILCS; The Illinois Anti-Racketeering Act, civil provisions only; trust law; escrow rules and law; **"The Illinois Corporate Accountability Act," (Ref. Plaintiffs answer Par. 1 sub. D, pg. 2; Par. 2 Pg. 2; Par. 3 A-D, Pgs. 2 & 3; Par. 4 Pg. 3, Par. 5 Pgs. 3 & 4, Par. 14-24 Pgs. 6 & 7;);** tort law and precedent; Illinois rule and procedure Illinois Code of Civil Procedure; Ref. contract and all Affirmative Action rules, regulations and MBE rules and regulations; Illinois Representatives Professional Code of Conduct; Assumed Name Act; and all laws as herewith incorporated, attached and cited in this Plaintiffs answer as noticed and filed on 12/24/07.

Wherefore Plaintiff prays and seeks both Courts grant the following relief;

10. The Circuit Court of Cook County, Illinois adjudge, order and decree, in accord with Illinois and Federal law, that Respondents have constructively entered a "No Contest" Plea, thereby waiving all appeal rights, further arguments of law and fact, waiving any continuance, withdrawal or amendment of issues, and enter judgment against the Respondents and in favor of this Plaintiff for all relief sought and amounts sought, subject only to the ratification of this judgment and the lower Courts orders being ratified by the US District Court.

11. Plaintiff moves the higher Court, in this matter, to remove instanter, Plaintiff action upon entry of judgment and ratify said judgment by a Federal Courts judicial determination, within 30 days of removal and order and decree all judgments, if any, against the Defendants due Plaintiff are payable 30-60 days after ratification.

12. For such other relief both Courts may determine are in the best interest of the furtherance of truth, justice and liberty for all, as a matter of law and equity.

The Plaintiff, movant and affiant herein, not sayeth further.
                                    Certified and sworn and to be true.

_____

Pro Se Plaintiff Cannie Shaw d/b/a Tex's Trucking, Inc.
1400 S. Western Ave
Chicago, IL 60608-1802
(312) 243-4638

3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

Cannie Shaw d/b/a Tex's Trucking
~~JAIME HERNANDEZ, d/b/a AZTEC TRUCKING INC.~~, et al.,   )   #07-CH-26147
      Plaintiff (s),   )
v.   )   Judge Leroy K. Martin
CITY OF CHICAGO, TOM KNESS, et al.   )
      Respondent (s).   )

### NOTICE OF FILINGS ANSWER & MOTIONS

To:  The City of Chicago       Tom Kness       Paul Volpe       Mayor Richard M. Daley
    City of Chicago Department of Law
    30 North LaSalle St., Suite 1230      Attorneys of Record
    Chicago, IL 60602

From: Cannie Shaw d/b/a Tex's Trucking, Inc.    Pro Se    Plaintiff
      1400 S. Western Ave
      Chicago, Ill 60608-1802

**PLEASE TAKE NOTICE** on January 11, 2008 at 9:30 am, in Room 2008 of the Richard J. Daley Center, 50 W. Washington, Chicago, IL 60602, before Judge Leroy K. Martin, Jr. or any judge sitting in his stead, the following undersigned Pro Se Plaintiff, **Cannie Shaw**, will present and seek justice and adjudication on the following filings:

1. ANSWER TO DEFENDANT'S MOTION TO DISMISS WITH SUPPORTING AFFIDAVIT INCORPORATED;
2. REMOVAL MOTION;
A. With requested order attached
B. To be concurrently filed in US District Court with Federal Notice
3. MOTION TO CONSOLIDATE CASES AND DETERMINATION OF CLASS ;
A. To be concurrently filed in US District Court with Federal Court.
4. DECLARATORY AFFIDAVIT OF MAYOR RICHARD M. DALEY, **when and where judgment may be entered against you.**

                            Certified and sworn to be true.
                                                Cannie Shaw

I the undersigned hereby certifies that notice and service has been completed to attorneys of record and copy mailed on this day 12/24/07.

                                                  Cannie Shaw Pro Se
                                                  12-24-07