# EXHIBIT D

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 52 | **DATE** | 1/29/2008 |
| **CASE TITLE** | HERNANDEZ vs. CITY OF CHICAGO, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant City of Chicago's oral motion to remand is granted. It is hereby ordered that this case is remanded to Circuit Court of Cook County. This case is terminated. Any pending motions or schedules are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

# United States District Court
## Northern District of Illinois
### Eastern Division

HERNANDEZ

v.

CITY OF CHICAGO, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 52

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that case is ordered remanded to Circuit Court of Cook County. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 1/29/2008

/s/ Carole J. Gainer, Deputy Clerk

# EXHIBIT E

Order Form (01/2005)

Case 1:08-cv-00056 Document 7 Filed 01/10/2008 Page 1 of 1
Case 1:08-cv-00054 Document 11-5 Filed 02/01/2008 Page 5 of 7

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 56 | **DATE** | January 10, 2008 |
| **CASE TITLE** | *Lacy v. City of Chicago* | | |

**DOCKET ENTRY TEXT:**

This case is dismissed as duplicative of 08 C 52. The clerk is directed to return the filing fee to the plaintiff.

■ [ For further details see text below.]

## STATEMENT

This matter is before the court pursuant to 28 U.S.C. § 1446(c)(4), which requires the court to examine notices of removal to determine if removal is proper. The pro se document opening this case is styled as a notice of removal. Cases can be removed from state court to federal court when a plaintiff sues a defendant in state court and federal jurisdiction (*i.e.*, the power to hear a case) exists because either: (1) the parties are from different states and the amount in controversy exceeds $75,000; or (2) the state court complaint seeks relief under federal law. If either of those scenarios exist, all of the defendants (*not* the plaintiff, who chose a state court forum when he filed his complaint in state court) can remove the case to federal court. In this instance, however, the plaintiff has filed a notice of removal and appear to be trying to shift his state court case to federal court so this court can revisit decisions made by the state court.

As a general matter, federal district courts may not exercise jurisdiction in an appellate capacity over the state court judicial process. *See Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *Dist. Of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). This principle is known as the *Rooker-Feldman* doctrine. Normally, the court would construe this filing as a complaint and then consider whether an independent basis for federal jurisdiction exists and whether the *Rooker-Feldman* doctrine bars the plaintiff's claims. However, the court noticed that the plaintiff filed an identical complaint (No. 08 C 52), which was assigned to Judge Guzman (the court also notes that the plaintiff filed two other cases – Nos. 08 C 53, 08 C 54 – which appear to be related and were assigned to Judge Gottschall). Because this case is duplicative of the lower-numbered case before Judge Guzman, it is hereby dismissed.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|

# EXHIBIT F

Order                                    CCG N002-300M-2/24/05 (           )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jaime Hernandez d/b/a Aztec Trucking et al.,

v.

City of Chicago et al.,

No. 07 CH 26147

Judge LeRoy K. Martin, Jr.

JAN 31 2008

Circuit Court - 1844

### ORDER

Now come the parties on Defendants' Motion to Dismiss Pursuant to Section 2-619.1, notice being given, and the Court being duly advised in the premises, IT IS SO ORDERED:

(1) Plaintiffs' Complaint is dismissed, without prejudice, because
  (a) as companies, Plaintiffs cannot be represented pro se, and
  (b) Plaintiffs' Complaint is both legally and factually deficient.

Atty. No.: 90909
Name: John Schomberg
Atty. for: ~~City of Chicago~~ Defendants
Address: 30 N LaSalle, Ste 1230
City/State/Zip: Chicago, IL 60602
Telephone: 312-744-9010

ENTERED:

Dated: _____, _____

_____
Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE