IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cannie Shaw d/b/a Tex's Trucking, Inc. et al., | ) ) | |
| Plaintiffs, | ) ) | No. 08 C 0054 |
| | ) ) | Judge Joan B. Gottschall |
| v. | ) ) | |
| | ) ) | Magistrate Judge Sidney I. Schenkier |
| City of Chicago et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Cannie Shaw
1400 S. Western Ave
Chicago, IL 60608-1802

PLEASE TAKE NOTICE that on **Thursday, February 7, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before The Honorable Joan B. Gottschall, or any judge sitting in his stead, in **Room 2325** of the Dirksen Federal Courthouse and present **DEFENDANTS' MOTION TO REMAND,** a copy of which is served upon you.

Dated: February 1, 2008

Respectfully submitted,

Mara S. Georges, Corporation Counsel, for the CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR RICHARD M. DALEY

By:   s/ John F. Schomberg
         Assistant Corporation Counsel

MICHAEL A. FORTI
JOHN F. SCHOMBERG
Constitutional and Commercial Litigation Division
City of Chicago Department of Law
30 North La Salle Street, Suite 1230
Chicago, IL  60602
(312) 744-9018/(312) 742-5147